**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 29 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOMAS VILLATITO KITAGAWA; ELENITA GREGORIO KITAGAWA; MARIA KRISTINA KITAGAWA; RAYMOND GREGORIO KITAGAWA; RICHARD GREGORIO KITAGAWA, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 05-76455 <br><br> Agency Nos. A075-306-620 <br> A075-306-621 <br> A075-306-622 <br> A075-306-623 <br> A075-306-624 <br><br> ORDER |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 1, 2010[*]
Submission deferred March 15, 2010
Resubmitted April 29, 2011
San Francisco, California

Before: HUG, REINHARDT, and BYBEE, Circuit Judges.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Respondent's unopposed motion to remand this matter to the Board of Immigration Appeals is granted.

Based upon the agreement of the parties, and pursuant to Appendix A(52) of the General Orders, the Court orders that petitioners' removal is stayed pending a Board decision in this matter.

As stated in the unopposed motion, the parties shall bear their own fees and costs.

This order served on the agency shall act as and for the mandate of this court.

**REMANDED.**